# Exhibit 2



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

August 22, 2017

Ms. Danielle Lang
Campaign Legal Center
1411 K Street, NW
Suite # 1400
Washington, DC  20005                     Re:     DOJ-2017-002322 (AG)
dlang@campaignlegalcenter.org                      VRB:DRH:JMS

Dear Ms. Lang:

This responds to your Freedom of Information Act (FOIA) request made via the Office of Information Policy FOIAonline Portal and received in this Office on February 15, 2017, in which you requested records pertaining to allegations of voter fraud during the 2016 presidential election.  This response is made on behalf of the Office of the Attorney General.

Pursuant to your correspondence with James Smith of this Office on June 21, 2017, you advised that you are not interested in emails from news sites sending news articles and press clips, unless such emails were forwarded among staff members.

Please be advised that a search has been conducted in the Office of the Attorney General, as well as of the electronic database of the Departmental Executive Secretariat, which is the official records repository for the Office of the Attorney General, and of the records indices of the administration of former Attorney General Loretta Lynch, which supplements the electronic database of the Departmental Executive Secretariat and lists file folder titles, arranged according to subject, for the records of former Office of the Attorney General staff, and six pages were located that contain records responsive to your request.  I have determined that this material is appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.  The withheld information consists of personal contact information, including both the personal and official Department email addresses of Attorney General Sessions.

For your information, the official Department email account of Attorney General Sessions does not use his name.  This practice is consistent with that of former Attorneys General and protects the privacy and security of the Attorneys General, allowing them to conduct official business efficiently via email.  Attorney General email account names are released once they are no longer in use, and in such circumstances requesters are advised that the account denotes emails to or from the Attorney General.  Attorney General email account names in current use are protected pursuant to Exemption 6, and, in such instances, requesters are advised that the withheld information consists of the email address of the Attorney General.

-2-

These procedures ensure that all Attorney General emails released under the FOIA are identifiable as such.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2015) (amended 2016). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Laurie Day, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001; telephone at 202-514-3642; or facsimile at 202-514-1009.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal at https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Vanessa R. Brinkmann
Senior Counsel

Enclosures

| From: | ratucker@jmd.usdoj.gov |
| | <ratucker@jmd.usdoj.gov> |
| To: | Hanrahan, Peggi (OAG) |
| | </o=exchangelabs/ou=exchange administrative group |
| | (fydibohf23spdlt)/cn=recipients/cn=79c8d521375b4c77a9306322bf15 |
| | e372-hanrahan, m> |
| Cc: | |
| Bcc: | |
| Subject: | The New American Mobile |
| Date: | Tue Mar 07 2017 14:49:33 EST |
| Attachments: | |

https://www.thenewamerican.com/usnews/constitution/item/25501-ohio-investigation-reveals-voter-fraud

I want him to see this at some point.

From:           (b)(6) - Attorney General's Email Address
To:             (b)(6) - Attorney General's Official DOJ Email Address

Cc:
Bcc:
Subject:        Fwd: voter fraud commission
Date:           Fri Mar 03 2017 16:17:24 EST
Attachments:    (b)(6)          17db8ea2-760c-49c3-b0ff-19f80bb6a179.jpg

---------- Forwarded message ----------
From: Peggi Hanrahan          (b) (6)
Date: Wed, Feb 22, 2017 at 9:10 PM
Subject: Fwd: voter fraud commission
To: Sessions Jefferson  (b)(6) - Attorney General's Email Address

From (b)(6)

Sent from my iPhone

Begin forwarded message:

From: (b)(6)         <      (b) (6)      >
Date: February 22, 2017 at 8:50:14 PM EST
To: Peggi Hanrahan          (b) (6)
Subject: Fwd: voter fraud commission

Peggi:
  Please give this to JBS.
(b

Sent from my iPhone

[[image]]

(b)(6)
(b)(6)
t:    (b) (6)      f:    (b) (6)      e:      (b) (6)
(b)(6)

Begin forwarded message:

From: (b)(6)                      (b) (6)

Date: February 22, 2017 at 7:36:03 PM CST

To: (b)(6)                                        (b) (6)                              (b)(6)

                          (b) (6)

Cc: (b)(6)                                          (b) (6)

Subject: voter fraud commission

(b)(6)

(b)(6)  got a very disturbing phone call about the voter fraud commission that Vice President Pence is
heading. We are told that the members of this commission are to be named on Tuesday.  We're also
hearing that they are going to make this bipartisan and include Democrats. There isn't a single
Democratic official that will do anything other than obstruct any investigation of voter fraud and issue
constant public announcements criticizing the commission and what it is doing, making claims that it is
engaged in voter suppression.  That decision alone shows how little the WHouse understands about
this issue.

There are only a handful of real experts on the conservative side on this issue and not a single one of
them (including (b)(6)          have been called other than Kris Kobach, Secretary of State of
Kansas. And we are told that some consider him too "controversial " to be on the commission  If they
are picking  mainstream Republican officials and/or academics to man this commission it will be an
abject failure because there aren't any that know anything about this or who have paid any attention to
this issue over the years.

(b)(6)          are concerned that this commission is being organized in a way that will guarantee its
failure.  We are astonished that no one in the WH has even bothered to consult with (b)(6)
despite the fact that the three of us have written more on the voter fraud issue than anyone in the
country on our side of the political aisle.  I think you know from the white paper we sent you that based
on our experience we have thought long and hard about what needs to be done.

                    (b) (6)                          .  My cell is  (b) (6)      if you need to
reach me.


(b)(6)

Institute for Constitutional Government
The Heritage Foundation
214 Massachusetts Avenue, NE
Washington, DC 20002
   (b) (6)
heritage.org<http://heritage.-org>

_____

_____-__

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are
therefore protected against copying, use, disclosure or distribution.  If you are not the intended
recipient, please notify us immediately by replying to the sender and double deleting this copy and the
reply from your system.

001

CRM

November 29, 2016

The Honorable Loretta Lynch
US Attorney General
Department of Justice
Washington, DC

Dear Madam Attorney General, Loretta Lynch:

I am writing to respectfully urge the Department of Justice to do a thorough investigation of possible voter fraud and voter suppression. I and millions of other citizens are desperately pleading for the Department of Justice to launch a full scale investigation of not only voter fraud, but of all the other impeachable offenses on Donald Trump's record, including his close alliance with Steve Bannon and the intricately woven connection of Mr. Bannon with Nazi organizations and Communist political relationships.

Adding fuel to the fires of the fear we are feeling, is information that I discovered regarding the intervention of other countries in our election process. I also found a report concerning a Breitbart billionaire board member who offered 2 million dollars to be used by Trump's transition team, with the contingency that Steve Bannon, a self-professed Nazi, be retained in some key position on the White House staff. As a result, that key position turns out to be Chief Strategist, which will have serious consequences for our country. A hedge fund manager/Nazi have no right to be involved in the decision-making of the President of the United States. I believe their plan is to turn our country into a fascist state. Much of what is taking place is similar to the rise of Hitler. But Trump is only the convenient tool. Steve Bannon will be Der Fueher.

Respectfully Yours,

Gee Gee Roos

Gee Gee Roos
Citizen/Tax Payer

# Congress of the United States
## Washington, DC 20515

January 25, 2017

The Honorable Sally Q. Yates
Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Dear Attorney General Yates:

In recent days, President Trump, personally or through his spokespersons, has repeatedly, consistently, and confidently asserted that the 2016 presidential election was marked by "voter fraud." The president has not identified or produced any credible evidence to support the claim that he is the rightful winner of the popular vote which he lost to Democratic candidate Hillary Clinton by more than 2.8 million votes, the largest vote deficit in history.

Coming from the current President of the United States, these allegations of "widespread vote fraud" are serious and should be taken seriously because, at bottom, what is now at stake is public confidence and certainty as to who really won the 2016 presidential election. For this reason, we believe that the Department of Justice should conduct a thorough and comprehensive investigation of voting irregularities and anomalies, which should include a full examination of voting machines and other voting devices, in all 50 states.

Voter fraud is a threat to democratic governance because it threatens the ability of the election results to reflect the preference of the people. This type of fraud, however, can manifest itself in two distinct ways: first, by counting votes cast by persons not eligible to cast them; and second, by actions designed to prevent, deter, and exclude eligible

- 1 -

persons from casting their votes. To ensure public confidence, both of these types of "voter fraud" allegations must be investigated by the Department of Justice.

The November 8, 2016 election was the first presidential election held since the Supreme Court decided *Shelby County v. Holder,* which neutered the preclearance provisions of the Voting Rights Act and adversely affected the ability of hundreds of thousands of persons to cast a ballot and have their vote counted because of numerous hindrances, including the curtailment of early voting, photo identification requirements, serendipitous changes to voting places, purging of voting rolls, and the use of outdated, obsolete, unreliable, and insecure voting machines disproportionately placed in underrepresented communities.

Every American has a vested interest in an electoral system that is fair, transparent, and reliable. That is why we believe that where, as is the case this year, the results in the Electoral College and of the popular vote diverge by the largest and most astounding margin in American history, it is particularly fitting, appropriate, and necessary for the Department of Justice to conduct a thorough investigation of all credible allegations of voter fraud in all 50 states to determine whether the reported outcomes reflected the preference of the American people. The fate of our democracy is at stake.

Thank you for your consideration. If you have any questions or need additional information, please contact Congresswoman Jackson Lee at (202) 225-3816 or by email at (b) (6)        @mail.house.gov.

Sincerely,

Sheila Jackson Lee
Member of Congress

Henry C. "Hank" Johnson
Member of Congress

Karen Bass
Member of Congress

Gwen Moore
Member of Congress