# Exhibit 5



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Danielle M. Lang, Esq.
Campaign Legal Center
Suite 1400
1411 K Street, NW
Washington, DC  20005
dlang@campaignlegalcenter.org

Re:   Appeal No. DOJ-AP-2018-000627
       Request No. DOJ-2017-002322 (AG)
       MWH:ADF

**VIA:  Email**

Dear Ms. Lang:

     You appealed from the action of the Initial Request Staff (IR Staff) of the Office of Information Policy, acting on behalf of the Office of the Attorney General, on your Freedom of Information Act request for access to records concerning the allegations of voter fraud during the 2016 presidential election.  I note that your appeal concerns the search conducted as well as the withholdings made by the IR Staff.

     After carefully considering your appeal, I am affirming the IR Staff's action on your request.  The FOIA provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  The IR Staff properly withheld certain information because it is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(6) and it is reasonably foreseeable that disclosure of this information would harm the interests protected by this provision.  This provision concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

     As to your appeal concerning the adequacy of the IR Staff's search for responsive records subject to the FOIA, I have determined that the IR Staff's response was correct and that it conducted an adequate, reasonable search for such records.  Please be advised that the IR Staff conducted searches of the Attorney General's official email records.

     Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the IR Staff in response to your request.

- 2 -

      If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

      For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

1/18/2018

X ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP