# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER,
1411 K St. NW, Suite 1400
Washington, DC 20005

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF JUSTICE,
950 Pennsylvania Ave. NW
Washington, DC 20530

        Defendant.

Case No. 1:18-cv-340-ABJ

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiff's Complaint, Summons, and all other documents filed with the Court to this date to be delivered via United States Certified Mail to:

    Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530

    SERVED: February 16, 2018

    Attached hereto as Exhibit 1 are copies of the following United States Postal Service Documents: (1) Certified Mail Receipt (numbered 9502 6000 0044 8045 0001 62), and (2) verification of delivery via online tracking system (confirming delivery of certified mail parcel numbered 9502 6000 0044 8045 0001 62 on February 16, 2018), as Proof of Service and Costs.

Dated: February 16, 2018

                                        /s/ Adav Noti
                                        Adav Noti (D.C. Bar No. 490714)
                                        Campaign Legal Center
                                        1411 K Street NW, Ste. 1400
                                        Washington, DC 20005
                                        (202) 736-2200

# EXHIBIT 1

```
            M L KING JR STATION
              1400 L STREET NW
           WASHINGTON, DC 20005-9997

02/14/2018                      02:20:07 PM
============================================

                 Sales Receipt
 Product          Sale    Unit         Final
 Description      Qty     Price        Price
 _____

WASHINGTON, DC  20530                  $6.70
Zone-0
Priority Mail 1-Day® with up to
$50.00 Insurance and USPS
Tracking™ included
  %% USPS Certified Mail™:         Civil
  9502 6000 0044 8045 0001 55      Process
  0 lb. 5.10 oz.                   Clerk
  * Expected Delivery Day tomorrow,
  February 15.
  Certified Mail™                      $3.45
                                    ========
Issue Postage:                        $10.15

WASHINGTON, DC  20530                  $6.70
Zone-0
Priority Mail 1-Day® with up to
$50.00 Insurance and USPS
Tracking™ included
  %% USPS Certified Mail™:
  9502 6000 0044 8045 0001 62      DoJ
  0 lb. 5.10 oz.
  * Expected Delivery Day tomorrow,
  February 15.
  Certified Mail™                      $3.45
                                    ========
Issue Postage:                        $10.15

WASHINGTON, DC  20530                  $6.70
Zone-0
Priority Mail 1-Day® with up to
$50.00 Insurance and USPS
Tracking™ included
  %% USPS Certified Mail™:
  9502 6000 0044 8045 0001 79      AG
  0 lb. 5.00 oz.
  * Expected Delivery Day tomorrow,
  February 15.
  Certified Mail™                      $3.45
                                    ========
Issue Postage:                        $10.15

Total:                             ==========
                                      $30.45

Paid by:
MasterCard                            $30.45
  Account #:       XXXXXXXXXXXX9626
  Approval #:      08771J
  Transaction #:   117
  4445023573311-99

SSK Transaction #:           37
USPS® #                      104949-9553

%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).

Save this receipt as evidence of
insurance. For information on filing
```

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove X

**Tracking Number:** 9502600000448045000162

Your item was delivered at 5:29 am on February 16, 2018 in WASHINGTON, DC 20530.

## ✓ Delivered

February 16, 2018 at 5:29 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates** ∨

**Tracking History** ∧

**February 16, 2018, 5:29 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:29 am on February 16, 2018 in WASHINGTON, DC 20530.

**February 15, 2018, 12:59 pm**
Available for Pickup
WASHINGTON, DC 20530

**February 15, 2018, 9:09 am**
Arrived at Unit
WASHINGTON, DC 20018

**February 15, 2018, 1:32 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**February 14, 2018, 8:31 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

**February 14, 2018, 4:32 pm**
USPS in possession of item
WASHINGTON, DC 20043

**February 14, 2018**
USPS expects item for mailing (SSK)
WASHINGTON, DC 20005

**Product Information** 

**See Less** ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**