IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

## ANSWER

Defendant United States Department of Justice ("DOJ"), through its undersigned counsel, hereby answer the Complaint (ECF No. 1) ("Complaint") filed by plaintiff Campaign Legal Center ("plaintiff"), on February 13, 2018, as follows:

## FIRST DEFENSE

Plaintiff is not entitled to information that is exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants respond to the unnumbered and numbered paragraphs of plaintiff's Complaint as set forth below:

1.　　Paragraph 1 consists of plaintiff's characterization of this lawsuit, to which no response is required.

2.　　Paragraph 2 consists of plaintiff's legal conclusions regarding jurisdiction and venue, to which no response is required.

3.　　Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Admitted. Defendant avers that the Office of Information Policy ("OIP") is responsible for processing FOIA requests seeking records from OIP and six senior leadership offices of DOJ, including the Office of the Attorney General ("OAG").

5. Defendant admits that OIP received a FOIA request from plaintiff dated February 15, 2017. The remaining allegations of paragraph 5 consist of plaintiff's characterization of the referenced FOIA request, to which no response is required. Defendant respectfully refers the Court to that request for a full and accurate statement of its contents.

6. Defendant admits that OIP acknowledged plaintiff's FOIA request via letter dated March 15, 2017, and that it subsequently communicated with plaintiff via email regarding the status of the request. Defendant further admits that it produced six pages of records responsive to the request on August 22, 2017. The remaining allegations in paragraph 6 consist of plaintiff's characterization of one of the responsive records released to plaintiff, an email dated February 22, 2017, which speaks for itself and to which no response is required. Defendant respectfully refers the Court to the referenced email for a full and accurate statement of its contents.

5. The second numbered Paragraph 5[1] consists of plaintiff's characterization of the redacted text in the February 22, 2017 email, which speaks for itself and to which no response is required. Defendant respectfully refers the Court to the referenced email for a full and accurate statement of its contents.

6. The second numbered paragraph 6 consists of plaintiff's characterization of the redacted text in the February 22, 2017 email, which speaks for itself and to which no response is

---

[1] The paragraphs in plaintiff's Complaint do not appear in numerical order. To avoid confusion, defendant is adopting plaintiff's paragraph numbers.

required. Defendant respectfully refers the Court to the referenced email for a full and accurate statement of its contents.

7. The first and second sentences of paragraph 7 consist of plaintiff's characterization of media reports, which speak for themselves and to which no response is required. Defendant respectfully refers the Court to the referenced media reports for a full and accurate statement of their contents. The allegations in the third sentence of paragraph 7 consist of plaintiff's legal conclusions, to which no response is required.

8. Paragraph 8 consist of plaintiff's characterization of the February 22, 2017 email, which speaks for itself and to which no response is required.

9. Paragraph 9 consist of plaintiff's legal conclusions, to which no response is required.

10. Paragraph 10 consists of plaintiff's characterization of the redacted text in the February 22, 2017 email, which speaks for itself and to which no response is required. Defendant respectfully refers the Court to the referenced email for a full and accurate statement of its contents.

11. Paragraph 11 consists of plaintiff's legal conclusions, to which no response is required.

12. Paragraph 12 consists of plaintiff's characterization of the February 22, 2017 email, which speak for itself and to which no response is required. Defendant respectfully refers the Court to the referenced email for a full and accurate statement of its contents.

13. Defendant admits it released to plaintiff on August 22, 2017, a letter addressed to Attorney General Lynch from a private citizen, and that the private citizen's name is not redacted. The remaining allegations in paragraph 13 consist of plaintiff's characterization of the

referenced letter, which speaks for itself and to which no response is required. Defendant respectfully refers the Court to the referenced letter for a full and accurate statement of its contents.

14. Admitted.

15. Defendant admits that OIP's Administrative Appeals Staff[2] sent plaintiff a letter on January 18, 2018, informing plaintiff that DOJ had denied plaintiff's appeal. The remaining allegations in paragraph 15 consists of plaintiff's characterizations of the referenced letter, which speaks for itself and to which no response is required. Defendants respectfully refer the Court to the referenced letter for a full and accurate statement of its contents.

16. Defendant incorporates by reference its answers to paragraphs 1-15 of the Complaint.

17-19. Paragraphs 17, 18, and 19 consist of plaintiff's legal conclusions, to which no response is required.

The remaining paragraphs of the Complaint contain plaintiff's requested relief, to which no response is required. To the extent a response is required, defendants deny the allegations contained in the remaining paragraphs of the Complaint and further aver that plaintiff is not entitled to any relief.

Defendants hereby deny all allegations in the Complaint not expressly admitted or denied.

WHEREFORE, having fully answered the Complaint, defendants assert that plaintiff is not entitled to the relief requested and respectfully request that the Court enter judgment

---

[2] OIP's Administrative Appeals Staff is a separate and distinct unit within OIP that adjudicates administrative appeals from FOIA determinations made by DOJ components.

dismissing this action with prejudice and awarding defendants costs and such other relief as the Court may deem appropriate.

Dated:  March 19, 2018  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E, BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 353-4519
Email: kristina.wolfe@usdoj.gov

*Counsel for Defendants*