**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant United States Department of Justice respectfully requests an extension of time, up to and including, May 24, 2018, in which to submit its reply memorandum in further support of their motion for summary judgment and its memorandum in response to Plaintiff's cross-motion for summary judgment. In support of this motion, Defendant states the following:

1. On February 13, 2018, Plaintiff filed the Complaint in this matter pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. *See* ECF No. 1. Defendant filed an Answer on March 19, 2018. *See* ECF No. 9. Thereafter, the Court ordered Defendant to either file a dispositive motion or a report setting forth a production schedule on or before April 19, 2018. *See* Minute Order (Mar. 22, 2018).

2. Defendant moved for summary judgment on April 19, 2018. *See* ECF No. 13. Plaintiff filed its memorandum in opposition and cross-moved for summary judgment on May 3, 2018. *See* ECF Nos. 14 & 15.

3. Pursuant to Local Civil Rule 7(b), Defendant's reply memorandum in further support of its motion for summary judgment is currently due May 10, 2018, and its memorandum in response to Plaintiff's cross-motion for summary judgment is due May 17, 2018.

4. Given that the parties' respective motions for summary judgment concern the validity of Defendant's withholdings under Exemption 6 of the FOIA, Defendant anticipates that the arguments used to further support its motion for summary judgment will largely overlap with the arguments raised in response to Plaintiff's cross-motion for summary judgment. Accordingly, Defendant respectfully requests that the Court extend the deadline to submit its reply memorandum so that the deadline is concurrent with the deadline to submit a response to Plaintiff's cross-motion for summary judgment, which will allow Defendant to submit a single memorandum in support of its position.

5. Because of the press of deadlines in other matters, as well as undersigned counsel's pre-planned annual leave for May 10-11, 2018, Defendant requests an additional week, up to and including, May 24, 2018, to prepare the single memorandum in further support of Defendant's motion for summary judgment and in response to Plaintiff's cross-motion for summary judgment.

6. Undersigned counsel has conferred with Plaintiff's counsel, who consents to the requested extension of time. In light of Defendant's request and the impending Memorial Day holiday, Plaintiff respectfully requests that its deadline to submit a reply memorandum in further support of its cross-motion for summary judgment be extended to June 7, 2018. Defendant consents to this request. A proposed order is attached.

Dated:  May 7, 2018

                Respectfully submitted,
                CHAD A. READLER
                Acting Assistant Attorney General
                Civil Division

                ELIZABETH J. SHAPIRO
                Deputy Branch Director

                */s/ Kristina A. Wolfe*
                CAROL FEDERIGHI
                Senior Trial Counsel
                KRISTINA A. WOLFE
                JOSEPH E, BORSON
                United States Department of Justice
                Civil Division, Federal Programs Branch
                P.O. Box 883
                Washington, DC 20044
                Phone: (202) 353-4519
                Email: kristina.wolfe@usdoj.gov

                *Counsel for Defendants*