# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-0340 (ABJ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## ORDER

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment, [Dkt. # 13], is **DENIED** with respect to redactions (b)(6)-1, (b)(6)-2, and (b)(6)-3, and **GRANTED** with respect to redaction (b)(6)-4. It is

**FURTHER ORDERED** that plaintiff's motion for summary judgment, [Dkt. # 15], is **GRANTED** with respect to redactions (b)(6)-1, (b)(6)-2, and (b)(6)-3, and **DENIED** with respect to redaction (b)(6)-4 and its request for an *in camera* review of the withheld material.

The government must release the names of individuals b6-1, b6-2, and b6-3 since such disclosure would not "constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6).

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: March 15, 2019