# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 1:18-cv-00340 (ABJ) |

### JOINT MOTION FOR POSTPONEMENT OF DETERMINATION OF ATTORNEYS' FEES AND COSTS

After conferring, the parties agree and respectfully move this Court to postpone the determination of attorneys' fees and costs for the Plaintiff until after the United States Department of Justice makes a decision regarding an appeal of this Court's merits judgment in this case. *See* Local Rule 54.2(b) ("If a party has not finally decided whether to appeal, the Court may allow the party reasonable additional time to reach such a decision."); *see also* Local Rule 54.1(f) (allowing a claim for costs to be combined with the attorneys' fees motion).

The deadline for any appeal of this Court's judgment is May 14, 2019. If the Court grants this motion, after a determination of whether or not to appeal, the parties will confer regarding the timing of an attorneys' fees and costs motion. If the Defendant appeals, the parties will confer on whether to ask the Court to hold the matter in abeyance pending the outcome pending appeal. Local Rule 54.2(b). If the Defendant chooses not to appeal, the parties will confer on whether they can agree on the matter of attorneys' fees and costs. The parties propose that they will provide the Court with a status report on the matter of attorneys' fees and costs by May 28, 2019.

Dated: April 17, 2019                                  Respectfully submitted,


                                                         /s/ Danielle Lang_____
Adav Noti (DC Bar No. 490714)
Danielle Lang (DC Bar No. 1500218)
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Email: anoti@campaignlegalcenter.org
Email: dlang@campaignlegalcenter.org

*Counsel for Plaintiff Campaign Legal Center*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Kristina A. Wolfe*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-4519
Email: kristina.wolfe@usdoj.gov


*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of April, 2019, I electronically filed the foregoing document with the Clerk of Court via ECF, which will send electronic notification of such filing to all counsel of record.

                                          /s/ Danielle Lang
                                          Danielle Lang

*Counsel for Plaintiff Campaign Legal Center*