# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 18, 2019, the parties submit the following joint status report:

1. This case concerns a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request submitted by plaintiff to the Office of Information Policy ("OIP") of the United States Department of Justice ("DOJ") seeking records related to what would become the Presidential Advisory Commission on Election Integrity. Defendant released several pages of responsive records, including an email chain from which it redacted the names of three individuals to protect personal privacy, as well as one incidental reference to personal travel plans, pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6).

2. On March 15, 2019, the Court granted plaintiff's motion for summary judgment with respect to the names of the three individuals having concluded that the individuals' privacy interests are outweighed by the public's interest in knowing about the formation of the Commission. *See Campaign Legal Center v. Department of Justice*, --- F. Supp. 3d --, 2019 WL 1228002 (D.D.C. Mar. 15, 2019), at *1. The Court granted defendants' motion for summary judgment with respect to the personal travel plans reference. *See id.* at *9.

3. The Federal Rules of Appellate Procedure provide the Solicitor General with 60 days in which to determine whether to notice an appeal of an adverse decision. *See* Fed. R. Appellate P. 4(a)(1)(B); *see also* 28 U.S.C. § 2403(a); 28 C.F.R. § 0.20(c). The Solicitor General, however, was still evaluating whether the government will pursue an appeal as of May 14, 2019. In order to provide the Solicitor General with sufficient time to make a final decision, defendant filed a protective notice of appeal on May 14, 2019. *See* Notice of Appeal, ECF No. 24; *see also Hentif v. Obama*, 733 F.3d 1243, 1250 (D.C. Cir. 2013) (citing *NextWave Pers. Commc'ns, Inc. v. FCC*, 254 F.3d 130, 139 (D.C. Cir. 2001) (approving the use of protective notices of appeal where the non-prevailing party needs additional time to decide whether to pursue an appeal).

4. Defendant anticipates that the Solicitor General will make a final determination regarding whether to authorize appeal in the near future. Accordingly, the parties propose that they be permitted to file a further status report on or before June 14, 2019, to apprise the Court whether defendant has been authorized to pursue the appeal and, if the appeal is not authorized, whether the parties have reached an agreement regarding attorneys' fees. A proposed order is attached.

Dated: May 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE

JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 353-4519
Email: kristina.wolfe@usdoj.gov

*Counsel for Defendants*

*/s/ Danielle Lang*
ADAV NOTI (DC BAR NO. 490714)
DANIELLE LANG (DC BAR NO. 1500218)
Campaign Legal Center
1101 14th St. NW Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Email: anoti@campaignlegal.org
Email: dlang@campaignlegal.org