## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall submit a further joint status report on or before June 14, 2019.

Date: _____      _____
                                                                        AMY BERMAN JACKSON
                                                                        UNITED STATES DISTRICT JUDGE