**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of May 31, 2019, the parties submit the following joint status report:

1. This case concerns a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request submitted by plaintiff to the Office of Information Policy ("OIP") of the United States Department of Justice ("DOJ") seeking records related to what would become the Presidential Advisory Commission on Election Integrity. Defendant released several pages of responsive records, including an email chain from which it redacted the names of three individuals to protect personal privacy, as well as one incidental reference to personal travel plans, pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6).

2. On March 15, 2019, the Court granted plaintiff's motion for summary judgment with respect to the names of the three individuals having concluded that the individuals' privacy interests are outweighed by the public's interest in knowing about the formation of the Commission. *See Campaign Legal Center v. Department of Justice*, --- F. Supp. 3d --, 2019 WL 1228002 (D.D.C. Mar. 15, 2019), at *1. The Court granted defendant's motion for summary judgment with respect to the personal travel plans reference. *See id.* at *9.

3. As explained in the parties' May 28, 2019, status report, defendant filed a protective notice of appeal on May 14, 2019, in order to provide the Solicitor General with sufficient time to make a final determination regarding whether to authorize appeal. *See* Joint Status Report, ECF No. 26. A decision not to pursue an appeal was made earlier this week. Consistent with the Court's March 15, 2019, Memorandum Opinion and Order, defendant produced a re-processed version of the email chain on June 13, 2019. Defendant moved to voluntarily dismiss the appeal earlier today.

4. The parties are currently in settlement discussions regarding attorney's fees and litigation costs, but have not yet reached an agreement. Accordingly, the parties respectfully request that they be permitted to file a further status report in four weeks, on or before July 19, 2019, to update the Court on their efforts to resolve this case without further litigation.

Dated:  June 14, 2019

    Respectfully submitted,
    JOSEPH H. HUNT
    Assistant Attorney General
    Civil Division

    ELIZABETH J. SHAPIRO
    Deputy Branch Director

    */s/ Kristina A. Wolfe*
    CAROL FEDERIGHI
    Senior Trial Counsel
    KRISTINA A. WOLFE
    JOSEPH E. BORSON
    United States Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, DC 20044
    Phone: (202) 353-4519
    Email: kristina.wolfe@usdoj.gov

    *Counsel for Defendants*

/s/ Danielle Lang
ADAV NOTI (DC BAR NO. 490714)
DANIELLE LANG (DC BAR NO. 1500218)
Campaign Legal Center
1101 14th St. NW Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Email: anoti@campaignlegal.org
Email: dlang@campaignlegal.org

*Counsel for Plaintiff*