# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall submit a further joint status report on or before July 19, 2019.

Date: _____   _____
　　　　　　　　　　　　　　　　　　　　　　　　AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE