# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 17, 2019, the parties to the above-captioned Freedom of Information Act ("FOIA") action have met and conferred through counsel and jointly submit the following status report:

1. The parties' settlement discussions regarding attorney's fees and litigation costs remain ongoing.

2. Accordingly, the parties respectfully request that they be permitted to file a further status report in t, on or before August 16, 2019, to update the Court on their efforts to resolve this case without further litigation.

Dated:  July 17, 2019

                                                  Respectfully submitted,
                                                JOSEPH H. HUNT
                                                Assistant Attorney General
                                                Civil Division

                                                ELIZABETH J. SHAPIRO
                                                Deputy Branch Director

                                                */s/Carol Federighi*
                                                CAROL FEDERIGHI
                                                Senior Trial Counsel

KRISTINA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*

/s/ Danielle Lang
ADAV NOTI (DC BAR NO. 490714)
DANIELLE LANG (DC BAR NO. 1500218)
Campaign Legal Center
1101 14th St. NW Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Email: anoti@campaignlegal.org
Email: dlang@campaignlegal.org

*Counsel for Plaintiff*