IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:18-cv-00340 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of August 20, 2019, the parties to the above-captioned Freedom of Information Act ("FOIA") submit this joint status report. As the parties reported in their last joint status report, the parties have settled the only remaining issue in this case: plaintiff's claims for attorney's fees and costs. Defendant's notice of appeal has been voluntarily dismissed. The parties agree that no further proceedings are necessary. Therefore, the parties agree that the matter is closed pursuant to the Court's final judgment issued on March 15, 2019.

Dated: September 3, 2019

*/s/ Danielle Lang*
ADAV NOTI (DC BAR NO. 490714)
DANIELLE LANG (DC BAR NO. 1500218)
Campaign Legal Center
1101 14th St. NW Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Email: anoti@campaignlegal.org
Email: dlang@campaignlegal.org

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON (Va. Bar No. 85519)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1944

Email: joseph.borson@usdoj.gov

*Counsel for Defendants*